# United States District Court
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

DANIEL KRISTOPHER LARSON,

        Petitioner,

    v.

PATRICK GLEBE,

        Respondent.

**JUDGMENT IN A CIVIL CASE**

Case No.   C09-1453-TSZ

___ **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court**.  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

    The Report and Recommendation, docket no. 20, is ADOPTED in part, MODIFIED in part, and REJECTED in part, and the habeas petition, docket no. 5, is DENIED and DISMISSED with prejudice.

Dated this 17th day of June, 2010.

BRUCE RIFKIN
Clerk

s/ Claudia Hawney

Deputy Clerk